~~COURTESY COPY~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE INITIAL PUBLIC OFFERING SECURITIES LITIGATION | ORDER<br>Master File No. 21 MC 92 (SAS) |
| THIS DOCUMENT RELATES TO | |
| IN RE FIREPOND, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 7048 |
| IN RE IXL ENTERPRISES, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 9417 |
| IN RE SYCAMORE NETWORKS, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 6001 |
| IN RE VA SOFTWARE CORP. F/K/A VA LINUX, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 242 |
| IN RE CORVIS CORP. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 3857 |
| IN RE ENGAGE TECHNOLOGIES, INC. INITIAL PUBLIC OFFERING SECURITIES LITIGATION | No. 01 Civ. 8404 |

JUDGE SCHEINDLIN

WHEREAS, on March 26, 2008, the Court issued and filed an Opinion and Order, granting in part and denying in part the motions of the underwriters (the "Underwriters") and certain issuers named in the focus cases (the "Focus Case Issuers")[1] to dismiss the Second Consolidated Amended Complaints under Fed. R. Civ. P. 12(b)(6) & 9(b).

---

[1] The motion to dismiss did not address claims against Engage Technologies, Inc., which remains in bankruptcy proceedings.

-1-

ny-808119

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, as follows:

The Underwriters' and Focus Case Issuers' time to answer the Second Consolidated Amended Complaints is extended through and including June 13, 2008.

Dated: May 1, 2008
New York, New York

| BERNSTEIN LIEBHARD & LIFSHITZ LLP | MORRISON & FOERSTER LLP |
|---|---|
| *[signature]* Stanley D. Bernstein *(bernstein@bernlieb.com)* Robert Berg *(berg@bernlieb.com)* Rebecca M. Katz *(katz@bernlieb.com)* 10 East 40th Street New York, NY 10016 Tel.: (212) 779-1414 *For Plaintiffs' Executive Committee* | *[signature]* Jack C. Auspitz *(jauspitz@mofo.com)* Joel C. Haims *(jhaims@mofo.com)* Angela T. Rella *(arella@mofo.com)* 1290 Avenue of the Americas New York, New York 10104 (212) 468-8000 *Liaison Counsel for the Issuer Defendants* |
| **MILBERG LLP** Robert A. Wallner *(rwallner@milberg.com)* Ariana J. Tadler *(atadler@milberg.com)* One Pennsylvania Plaza New York, New York 10119-0165 Tel.: (212) 594-5300 *For Plaintiffs' Executive Committee* | **JENNER & BLOCK LLP** Jerold S. Solovy *(jsolovy@jenner.com)* 330 N. Wabash Ave. Chicago, IL 60611 (312) 222-9350 Ronald L. Marmer *(marmer@jenner.com)* Stephen L. Ascher *(sascher@jenner.com)* 919 Third Avenue, 37th Floor New York, NY 10022 (212) 891-1600 *Special Counsel for the Issuer Defendants* |

SULLIVAN & CROMWELL LLP

*/s/ David M.J. Rein /ATR*

Gandolfo V. DiBlasi (*diblasig@sullcrom.com*)
Penny Shane (*shanep@sullcrom.com*)
David M.J. Rein (*reind@sullcrom.com*)
Richard J.L. Lomuscio (*lomuscior@sullcrom.com*)
125 Broad Street
New York, New York 10004
(212) 558-4000
*Liaison Counsel for the Underwriter Defendants*

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

5/2/08

-3-